# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.  4:09cr9/MCR/CAS
  4:14cv512/MCR/CAS

JAMES L. GIBSON
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 12, 2017. ECF No. 386. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The clerk shall enter an amended judgment of conviction to reflect that Defendant's sentence as to Count Two is **360 months**, in accordance with the oral pronouncement at sentencing.

3. The motion to vacate, set aside, or correct sentence, ECF No. 356, is in all other respects **DENIED**.

4. A certificate of appealability is **DENIED**

**DONE AND ORDERED** this 22nd day of September, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**